# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CANNOVA, DENISE M                     §   Case No. 13-80077
                                             §
                                             §
Debtor(s)                                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/28/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 08/05/2013    By: /s/BERNARD J. NATALE
                                                          Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: CANNOVA, DENISE M   § Case No. 13-80077
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 48,705.00 |
| *and approved disbursements of* | $ 20,769.50 |
| *leaving a balance on hand of* [1] | $ 27,935.50 |
| **Balance on hand:** | $ 27,935.50 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   27,935.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,824.86 | 0.00 | 2,824.86 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,485.50 | 0.00 | 1,485.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 43.56 | 0.00 | 43.56 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 21.81 | 21.81 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $   4,353.92
Remaining balance:   $   23,581.58

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 23,581.58 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,310.62 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 551.00 | 0.00 | 551.00 |
| 8P | Wisconsin Dept of Revenue | 759.62 | 0.00 | 759.62 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,310.62 |
| Remaining balance: | $ | 22,270.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,934.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (US BANK) | 0.00 | 0.00 | 0.00 |
| 2 | Asset Acceptance LLC | 8,735.16 | 0.00 | 8,735.16 |
| 3 | Tri-State Adjustments Freeport, Inc | 73.64 | 0.00 | 73.64 |
| 4U | Illinois Department of Revenue | 95.30 | 0.00 | 95.30 |
| 5 | QBE The Americas | 54.12 | 0.00 | 54.12 |
| 6 | Rockford Mercantile Agency, Inc. | 104.00 | 0.00 | 104.00 |
| 7 | US BANK N.A. | 4,546.06 | 0.00 | 4,546.06 |
| 8U | Wisconsin Dept of Revenue | 1,326.46 | 0.00 | 1,326.46 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,934.74 |
| Remaining balance: | $ | 7,336.22 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 7,336.22 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 7,336.22 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $14.82. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 7,321.40.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-80077-TML
Denise M Cannova                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon          Page 1 of 3          Date Rcvd: Aug 06, 2013
                              Form ID: pdf006       Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2013.
```
db          +Denise M Cannova,    614 Ashland Avenue,    Rockford, IL 61103-6007
19956420    +ADT Security Services,    2884 N. Federal Hwy,    Boca Raton FL 33431-6802
19956423     Aegis Receivables Mgmt,    POB 404,   Fort Mill SC 29716-0404
19956421     Allied Business Accounts,    POB 1600,    Clinton IA 52733-1600
20295206    +Atlas Acquisitions LLC  (US BANK),    294 Union St.,    Hackensack, NJ 07601-4303
19953569   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    4161 Piedmont Pkwy,    Greensboro NC 27410-8110)
19899279    +Bank of America NA,    POB 941852,    Simivalley CA 93094-1852
19953577    +CHASE/BANK ONE,    POB 15298,    Wilmington DE 19850-5298
19956430    +Carson Pirie,   Scott/HSBC,    POB 5253,    Carol Stream IL 60197-5253
19953572    +City of Winnebago,    404 Elm St. Room 101,    Rockford, IL 61101-1244
19956431    +Credit Mgmt LP,    4200 International Pkwy,    Carrollton TX 75007-1912
19956432     Credit Protection Assoc.,    POB 802060,    Dallas TX 75380-2068
19956433    +Dental Grp of Rockford,    3065 N. Perryville Rd #125,    Rockford, IL 61114-8036
19953578    +HSBC Retail Services,    POB 5253,    Carol Stream, IL 60197-5253
19956434    +Harmony Grove Sanitary District,    W10901 Lake Point Dr.,    Lodi, WI 53555-1520
19953574     IL Dept of Revenue,    POB 19006,    Springfield, IL 62794-9006
20411261     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
              Chicago, Illinois 60664-0338
19953585    +John C. Bonewicz,    8001 N. Lincoln Ave.,    Skokie IL 60077-3657
19956428    +Moring Dispoal,    306 E. Main,    Forreston Il 61030-7701
19956415     Nicor,   POB 5407,    Carol Stream IL 60197-5407
19956435    +Peter Cannova S.,    505 N. Mail,    Rockford, IL 61103-6846
19956417    +QBE The Americas,    One General Drive,    Sun Prairie WI 53596-0001
19956418    +Receivable Mgmt Services,    POB 539,    Richfield, OH 44286-0539
19956422    +Rockford Health System,    2400 N. Rockton Ave.,    Rockford, IL 61103-3655
19953584     Rockford Mercantile AGY,    POB 5847,    Rockford, IL 61125-0847
20650521    +Rockford Mercantile Agency, Inc.,    2502 South Alpine Road,    Rockford, Illinois 61108-7813
19956429    +Rockford Radiology,    2400 N. Rockton Ave.,    Rockford, IL 61103-3655
19953589    +Sentry Credit,    2809 Grand Ave.,    Everett WA 98201-3417
19956425    +State Collection Svc,    POB 6250,    Madison WI 53716-0250
19953571    +Steve & Shirley Zawoyski,    1601 S. Indian Hill Drive,    Roselle IL 60172-4941
19953588    +Stores Online Inc.,    745 E. Technology,    Orem UT 84097-6208
20331551    +Tri-State Adjustments,    Freeport, Inc.,    POB 882,    Freeport, IL 61032-0882
19956427     Tristate Adj Freeport,    4400 Challenge St.,    Freeport IL 61032-2540
19953581   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US BANK,    205 W. 4th St.,    Cincinnati OH 45202)
19953587    #+Universal Data Services,    702 Felix St.,    St. Joseph MI 64501-2236
19956481    +Valentine & Kebartas Inc,    POB 325,    Lawrence, MA 01842-0625
19956413    +Verifacts Inc.,    204 1st Ave.,    Sterling, IL 61081-3933
19953573    +WI Dept of Revenue,    POB 8901,    Madison, WI 53708-8901
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19956426     E-mail/Text: debhenkle@alliantenergy.com Aug 07 2013 02:13:12      Alliant Energy/WP&L,    POB 3068,
              Cedar Rapids IA 52406-3068
19953582     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 07 2013 02:16:24      Asset Acceptance LLC,
              POB 1630,    Warren MI 48090-1630
20303719    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 07 2013 02:16:24
              Asset Acceptance LLC assignee  BANK OF AMERICA,    PO Box 2036,    Warren, MI 48090-2036
20264875    +E-mail/Text: bnc@atlasacq.com Aug 07 2013 02:23:27      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
19953583    +E-mail/Text: ebn@squaretwofinancial.com Aug 07 2013 02:58:23      Cach LLC,
              4340 S. Monaco 2nd floor,    Denver CO 80237-3408
19956412    +E-mail/PDF: BANKRUPTCYEBN@CHARTERCOM.COM Aug 07 2013 02:29:15      Charter Communication,
              12405 Powerscourt Dr. St.,    Louise MO 63131-3674
19956419    +E-mail/Text: legalcollections@comed.com Aug 07 2013 02:19:15      Com Ed,    POB 6111,
              Carol Stream, IL 60197-6111
19956424    +E-mail/Text: iasher@eaglerecovery.net Aug 07 2013 02:57:12      Eagle Recovery Assoc Inc.,
              424 SW Washington St.,    Peoria IL 61602-5147
19953586    +E-mail/Text: j.klein@everprof.com Aug 07 2013 02:27:12      Evergreen Professional,
              12100 NE 195th St.,    Bothell WA 98011-5761
19953579     E-mail/Text: bncebn@mge.com Aug 07 2013 02:15:20      Madison Gas & Electric,    POB 1231,
              Madison, WI 53701-1231
19956416    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 07 2013 02:54:35      NCO Financial System Inc.,
              POB 15630 Dept. 39,    Wilmington DE 19850-5630
19956411    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 07 2013 02:54:35      NCO Financial Systems,
              507 Prudential Rd.,    Horsham PA 19044-2368
19953575    +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 07 2013 02:54:35      NCO Financial Systems,
              POB 15630 Dept 39,    Wilmington DE 19850-5630
19956414    +E-mail/Text: bnc@ursi.com Aug 07 2013 02:23:33      United Recovery Systems,    5800 North Course,
              Houston TX 77072-1613
                                                                                              TOTAL: 14
```

```
District/off: 0752-3              User: ldixon              Page 2 of 3              Date Rcvd: Aug 06, 2013
                                  Form ID: pdf006           Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19953576*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,     POB 982235,    El Paso, TX 79998-2235)
19953570*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US BANK,    425 Walnut St.,    Cincinnati OH 45202-3956)
20652908*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229)
19953580*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  USBANK,    CN-WN-15,    425 Walnut St.,    Cincinnati OH 45302)
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2013**                          **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: ldixon              Page 3 of 3               Date Rcvd: Aug 06, 2013
                              Form ID: pdf006           Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2013 at the address(es) listed below:
         Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
         Bernard J Natale     natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
         Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
         Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com, mbolte@bjnatalelaw.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Rocio  Herrera    on behalf of Creditor   Bank of America, N.A. rocio@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com

                                                                                                              TOTAL: 6