## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: CANNOVA, DENISE M    § Case No. 13-80077
                            §
                            §
Debtor(s)                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $15,818.00    Assets Exempt: $51,510.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,260.18    Claims Discharged
                                                Without Payment: $1,214,925.17

Total Expenses of Administration: $4,488.42

3) Total gross receipts of $ 48,705.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,956.40 (see **Exhibit 2**), yielded net receipts of $20,748.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,488.42 | 4,488.42 | 4,488.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,870.43 | 1,310.62 | 1,310.62 | 1,310.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,238,294.00 | 26,198.64 | 15,003.73 | 14,949.56 |
| **TOTAL DISBURSEMENTS** | $1,243,164.43 | $31,997.68 | $20,802.77 | $20,748.60 |

4) This case was originally filed under Chapter 7 on January 09, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2014          By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Employment Discrim Lawsuit Settleme | 1249-000 | 48,705.00 |
| **TOTAL GROSS RECEIPTS** | | **$48,705.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Denise Cannova | Payment of balance of exemptions | 8100-003 | 0.00 |
| Denise Cannova | Pymt of balance of exemption for EEOC Lawsuit | 8100-002 | 20,635.00 |
| CANNOVA, DENISE M | Distribution paid 100.00% on $7,321.40; Claim# SURPLUS; Filed: $7,321.40; Reference: | 8200-002 | 7,321.40 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$27,956.40** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,485.50 | 1,485.50 | 1,485.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 21.81 | 21.81 | 21.81 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,824.86 | 2,824.86 | 2,824.86 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 43.56 | 43.56 | 43.56 |
| Rabobank, N.A. | 2600-000 | N/A | 11.67 | 11.67 | 11.67 |
| Rabobank, N.A. | 2600-000 | N/A | 63.46 | 63.46 | 63.46 |
| Rabobank, N.A. | 2600-000 | N/A | 37.56 | 37.56 | 37.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,488.42 | $4,488.42 | $4,488.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Revenue | 5800-000 | 718.30 | 551.00 | 551.00 | 551.00 |
| 8P | Wisconsin Dept of Revenue | 5800-000 | 2,084.13 | 759.62 | 759.62 | 759.62 |
| NOTFILED | NCO FINANCIAL SYSTEMS INC PO BOX | 5200-000 | 2,068.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,870.43 | $1,310.62 | $1,310.62 | $1,310.62 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (US BANK) | 7100-000 | 11,194.00 | 11,194.91 | 0.00 | 0.00 |
| 2 | Asset Acceptance LLC | 7100-000 | 8,627.00 | 8,735.16 | 8,735.16 | 8,735.16 |
| 2I | Asset Acceptance LLC | 7990-000 | N/A | 7.97 | 7.97 | 7.97 |
| 3 | Tri-State Adjustments Freeport, Inc | 7100-000 | 74.00 | 73.64 | 73.64 | 73.64 |
| 3I | Tri-State Adjustments Freeport, Inc | 7990-000 | N/A | 0.07 | 0.07 | 0.07 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 95.30 | 95.30 | 95.30 |
| 5 | QBE The Americas | 7100-000 | 55.00 | 54.12 | 54.12 | 0.00 |
| 5I | QBE The Americas | 7990-000 | N/A | 0.05 | 0.05 | 0.00 |
| 6 | Rockford Mercantile Agency, Inc. | 7100-000 | 104.00 | 104.00 | 104.00 | 104.00 |
| 6I | Rockford Mercantile Agency, Inc. | 7990-000 | N/A | 0.09 | 0.09 | 0.09 |
| 7 | US BANK N.A. | 7100-000 | 5,437.00 | 4,546.06 | 4,546.06 | 4,546.06 |
| 7I | US BANK N.A. | 7990-000 | N/A | 4.15 | 4.15 | 4.15 |
| 8U | Wisconsin Dept of Revenue | 7100-000 | N/A | 1,326.46 | 1,326.46 | 1,326.46 |
| 4PI | Illinois Department of Revenue | 7990-000 | N/A | 0.50 | 0.50 | 0.50 |
| 4UI | Illinois Department of Revenue | 7990-000 | N/A | 0.09 | 0.09 | 0.09 |
| 8PI | Wisconsin Dept of Revenue | 7990-000 | N/A | 0.69 | 0.69 | 0.69 |
| 8UI | Wisconsin Dept of Revenue | 7990-000 | N/A | 1.21 | 1.21 | 1.21 |
| NOTFILED | RECEIVABLE MGMT | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | VALENTINE & KEBARTAS | 7100-000 | 1,093.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N03039481138 | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | NICOR PO BOX 5407 CAROL STREAM IL | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO FINANCIAL SYSTEMS | 7100-000 | 2,068.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO FINANCIAL SYSTEMS | 7100-000 | 1,093.00 | N/A | N/A | 0.00 |
| NOTFILED | SENTRY CREDIT | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | VERIFACTS INC 204 1ST | 7100-000 | 1,141,661.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N03300 CHARTER | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT SECURITY SERVICES | 7100-000 | 1,093.00 | N/A | N/A | 0.00 |
| NOTFILED | UNITED RECOVERY | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | STATE COLLECTION SVC | 7100-000 | 178.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N02014221606 ALLIED BUSINESS | 7100-000 | 965.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CREDIT PROTECTION | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N00501003621 | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | DENTAL GRP OF | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | CARSON PIRIE | 7100-000 | 418.00 | N/A | N/A | 0.00 |
| NOTFILED | i ACCOUNT NO. I | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | MORING DISPOSAL 306 E | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| NOTFILED | ROCKFORD RADIOLOGY | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N0007265 EAGLE RECOVERY ASSOC | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | AEGIS RECEIVABLES | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | STORESONLINE INC 745 E TECHNOLOGY OREM UT | 7100-000 | 5,210.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N02014221606 ROCKFORD HEALTH | 7100-000 | 965.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N0.557939002 ALLIANT ENERGY/WP &L PO | 7100-000 | 178.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC RETAIL SERVICES | 7100-000 | 2,036.00 | N/A | N/A | 0.00 |
| NOTFILED | ACCOUNT N0440622 UNIVERSAL DATA | 7100-000 | 5,210.00 | N/A | N/A | 0.00 |
| NOTFILED | EVERGREEN | 7100-000 | 4,600.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH LLC, 4340 S | 7100-000 | 11,195.00 | N/A | N/A | 0.00 |
| NOTFILED | JOHN C BONEWICZ 8001 N LINCOLN AVE SKOKIE IL | 7100-000 | 11,195.00 | N/A | N/A | 0.00 |
| NOTFILED | MADISON GAS & ELECTRIC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA PO BOX | 7100-000 | 8,351.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE/BANK ONE, PO BOX | 7100-000 | 4,642.00 | N/A | N/A | 0.00 |
| | CLERK OF THE BANKRUPTCY COURT | 7100-001 | N/A | 54.17 | 54.17 | 54.17 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,238,294.00 | $26,198.64 | $15,003.73 | $14,949.56 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80077  
**Case Name:** CANNOVA, DENISE M  

**Period Ending:** 02/18/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 01/09/13 (f)  
**§341(a) Meeting Date:** 02/07/13  
**Claims Bar Date:** 07/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence 614 Ashland Ave Rockford IL | 9,950.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Com Ed Deposit | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods & Furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Art, DVD's, CD's | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing Apparel | 250.00 | 0.00 | | 0.00 | FA |
| 7 | Low value Jewelry | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Bikes, Used  2 Kids, 1 Adult | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Estimated 2012 Tax Refund | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Class Action Employment Discrim Lawsuit Settleme (u) | 60,000.00 | 28,070.00 | | 48,705.00 | FA |
| 11 | 2005 Toyota Prius | 3,688.00 | 0.00 | | 0.00 | FA |
| 12 | Office equipment and furnishings | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Professional Books, Ministerial Tools | 50.00 | 0.00 | | 0.00 | FA |
| 14 | 2 Mixed Breed Dogs | 2.00 | 0.00 | | 0.00 | FA |
| 15 | Foods Stamps/Link | 148.00 | 0.00 | | 0.00 | FA |
| 16 | Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 16 | **Assets    Totals** (Excluding unknown values) | **$75,818.00** | **$28,070.00** | | **$48,705.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

PRO SE DEBTOR.  TRUSTEE FILED 2004 EXAM FOR DOCUMENTS THAT HAVE NOW BEEN RECEIVED.  DEBTOR INTENDS TO AMEND EXEMPTIONS AND WILL TURNOVER PROCEEDS OF RECENT SETTLEMENT TO THE TRUSTEE, BUT SUBJECT TO CERTAIN EXEMPTIONS.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2014          **Current Projected Date Of Final Report (TFR):**    July 17, 2013  (Actual)

Printed: 02/18/2014 03:13 PM     V.13.14

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80077  
**Case Name:** CANNOVA, DENISE M  
**Taxpayer ID #:** **-***8896  
**Period Ending:** 02/18/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/13 | {10} | EEOC v. Kforce QSF | Settlement Payment from Class Action Lawsuit | 1249-000 | 48,705.00 | | 48,705.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.67 | 48,693.33 |
| 05/03/13 | 101 | Denise Cannova | Payment of balance of exemptions Voided on 05/15/13 | 8100-003 | | 20,000.00 | 28,693.33 |
| 05/15/13 | 101 | Denise Cannova | Payment of balance of exemptions Voided: check issued on 05/03/13 | 8100-003 | | -20,000.00 | 48,693.33 |
| 05/16/13 | 102 | Denise Cannova | Pymt of balance of exemption for EEOC Lawsuit | 8100-002 | | 20,635.00 | 28,058.33 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.46 | 27,994.87 |
| 06/03/13 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #13-80077, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 21.12 | 27,973.75 |
| 06/03/13 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #13-80077, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -21.12 | 27,994.87 |
| 06/03/13 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #13-80077, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 21.81 | 27,973.06 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.56 | 27,935.50 |
| 08/28/13 | 105 | BERNARD J. NATALE | Dividend paid 100.00% on $2,824.86, Trustee Compensation; Reference: | 2100-000 | | 2,824.86 | 25,110.64 |
| 08/28/13 | 106 | CANNOVA, DENISE M | Distribution paid 100.00% on $7,321.40; Claim# SURPLUS; Filed: $7,321.40; Reference: | 8200-002 | | 7,321.40 | 17,789.24 |
| 08/28/13 | 107 | Asset Acceptance LLC | Combined Check for Claims#2,2I | | | 8,743.13 | 9,046.11 |
| | | | Dividend paid 100.00%     8,735.16 on $8,735.16; Claim# 2; Filed: $8,735.16; Reference: 5421 | 7100-000 | | | 9,046.11 |
| | | | Dividend paid 100.00%     7.97 on $7.97; Claim# 2I; Filed: $7.97; Reference: 5421 | 7990-000 | | | 9,046.11 |
| 08/28/13 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXPENSES | | | 1,529.06 | 7,517.05 |
| | | | Dividend paid 100.00%     1,485.50 | 3110-000 | | | 7,517.05 |

Subtotals : $48,705.00 $41,187.95

{} Asset reference(s)

Printed: 02/18/2014 03:13 PM V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 13-80077 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | CANNOVA, DENISE M | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******6266 - Checking Account |
| **Taxpayer ID #:** | **-***8896 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 02/18/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | on $1,485.50;  Claim# ATTY; Filed: $1,485.50 | | | | |
| | | | Dividend paid 100.00% on $43.56;  Claim# EXPENSES; Filed: $43.56 | 43.56 | 3120-000 | | 7,517.05 |
| 08/28/13 | 109 | Illinois Department of Revenue | Combined Check for Claims#4U,4P,4PI,4UI | | | 646.89 | 6,870.16 |
| | | | Dividend paid 100.00% on $95.30;  Claim# 4U; Filed: $95.30; Reference: 7695 | 95.30 | 7100-000 | | 6,870.16 |
| | | | Dividend paid 100.00% on $551.00;  Claim# 4P; Filed: $551.00; Reference: 7695 | 551.00 | 5800-000 | | 6,870.16 |
| | | | Dividend paid 100.00% on $0.50;  Claim# 4PI; Filed: $0.50;  Reference: 7695 | 0.50 | 7990-000 | | 6,870.16 |
| | | | Dividend paid 100.00% on $0.09;  Claim# 4UI; Filed: $0.09;  Reference: 7695 | 0.09 | 7990-000 | | 6,870.16 |
| 08/28/13 | 110 | QBE The Americas | Combined Check for Claims#5,5I Stopped on 12/18/13 | | 7100-004 | | 54.17 | 6,815.99 |
| 08/28/13 | 111 | Rockford Mercantile Agency, Inc. | Combined Check for Claims#6,6I | | | 104.09 | 6,711.90 |
| | | | Dividend paid 100.00% on $104.00;  Claim# 6; Filed: $104.00; Reference: RKFD RAD | 104.00 | 7100-000 | | 6,711.90 |
| | | | Dividend paid 100.00% on $0.09;  Claim# 6I; Filed: $0.09;  Reference: RKFD RAD | 0.09 | 7990-000 | | 6,711.90 |
| 08/28/13 | 112 | Tri-State Adjustments Freeport, Inc | Combined Check for Claims#3,3I | | | 73.71 | 6,638.19 |
| | | | Dividend paid 100.00% on $73.64;  Claim# 3; Filed: $73.64; Reference: 9521/7695 | 73.64 | 7100-000 | | 6,638.19 |

Subtotals :    $0.00    $878.86

{} Asset reference(s)

Printed: 02/18/2014 03:13 PM    V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-80077  
**Case Name:** CANNOVA, DENISE M  

**Taxpayer ID #:** **-***8896  
**Period Ending:** 02/18/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%    0.07<br>on $0.07;  Claim# 3I;<br>Filed: $0.07;  Reference:<br>9521/7695 | 7990-000 | | | 6,638.19 |
| 08/28/13 | 113 | US BANK N.A. | Combined Check for Claims#7,7I | | | 4,550.21 | 2,087.98 |
| | | | Dividend paid 100.00%    4,546.06<br>on $4,546.06;  Claim# 7;<br>Filed: $4,546.06;<br>Reference: 8948 | 7100-000 | | | 2,087.98 |
| | | | Dividend paid 100.00%    4.15<br>on $4.15;  Claim# 7I;<br>Filed: $4.15;  Reference:<br>8948 | 7990-000 | | | 2,087.98 |
| 08/28/13 | 114 | Wisconsin Dept of Revenue | Combined Check for Claims#8P,8U,8PI,8UI | | | 2,087.98 | 0.00 |
| | | | Dividend paid 100.00%    759.62<br>on $759.62;  Claim# 8P;<br>Filed: $759.62;<br>Reference: 7695 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1,326.46<br>on $1,326.46;  Claim#<br>8U; Filed: $1,326.46;<br>Reference: 7695 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    0.69<br>on $0.69;  Claim# 8PI;<br>Filed: $0.69;  Reference:<br>7695 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1.21<br>on $1.21;  Claim# 8UI;<br>Filed: $1.21;  Reference:<br>7695 | 7990-000 | | | 0.00 |
| 12/18/13 | 110 | QBE The Americas | Combined Check for Claims#5,5I<br>Stopped: check issued on 08/28/13 | 7100-004 | | -54.17 | 54.17 |
| 01/02/14 | 115 | CLERK OF THE BANKRUPTCY COURT | Payment of Unclaimed Funds | 7100-001 | | 54.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,705.00 | 48,705.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 48,705.00 | 48,705.00 | |
| | | | Less: Payments to Debtors | | | 27,956.40 | |
| | | | **NET Receipts / Disbursements** | | **$48,705.00** | **$20,748.60** | |

{} Asset reference(s)

Printed: 02/18/2014 03:13 PM    V.13.14

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 13-80077
**Case Name:** CANNOVA, DENISE M

**Taxpayer ID #:** **-***8896
**Period Ending:** 02/18/14

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** ******6266 - Checking Account
**Blanket Bond:** $606,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 48,705.00 |
| Less Payments to Debtor : | 27,956.40 |
| Net Estate : | $20,748.60 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6266 | 48,705.00 | 20,748.60 | 0.00 |
|  | $48,705.00 | $20,748.60 | $0.00 |

{} Asset reference(s)

Printed: 02/18/2014 03:13 PM    V.13.14